**Order entered April 3, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00112-CV**

**CITY OF FORT WORTH, TEXAS, Appellant**

**V.**

**JOEL F. FITZGERALD, SR., PH.D., Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-08184**

**ORDER**
Before Chief Justice Burns, Justice Whitehill, and Justice Molberg

By order dated January 6, 2020, the trial court granted, in part, and denied, in part, appellant's second plea to the jurisdiction. Appellant filed a timely notice of appeal followed by appellee's two notices of cross-appeal seeking to appeal from both the January 6th order and the trial court's September 24, 2019 order granting appellant's first plea to the jurisdiction. The Court questioned its jurisdiction over appellee's cross-appeal from the September 24th order. After reviewing the parties' letter briefs, the Court determines it lacks jurisdiction to

review the September 24th order.  Accordingly, we **DISMISS** appellee's cross-appeal from that order.


                /s/    ROBERT D. BURNS, III
                          CHIEF JUSTICE